■ LAUREN FECHE et al., Appellants, v VIACOM INTERNATIONAL, INC., Doing Business as MTV NETWORKS, et al., Respondents. [649 NYS2d 782] —Order, Supreme Court, New York County (Carol Arber, J.), entered July 17, 1995, which, *inter alia*, granted defendants' motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, without costs.

We agree with the IAS Court that the remark, "whores", made by defendant "Kennedy" during a segment produced and broadcast by the other defendants, was not " 'of and concerning' " plaintiffs, and is therefore nonactionable as libel (*Springer v Viking Press*, 60 NY2d 916, 917). An average viewer would not, taking into account the context in which the remark was uttered, perceive that "Kennedy" was making a factual statement about plaintiffs, but rather was indulging in hyperbole and protected opinion about the fictional characters that plaintiffs were portraying (*see, Greenbelt Publ. Assn. v Bresler*, 398 US 6; *Immuno AG. v Moor-Jankowski*, 77 NY2d 235, *cert denied* 500 US 954; *Pring v Penthouse Intl.*, 695 F2d 438, *cert denied* 462 US 1132). Concur—Wallach, J. P., Rubin, Nardelli, Williams and Andrias, JJ.